UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEP DE PAZ SALES,<br>　　　　　Petitioner,<br>　　v.<br>WILLIAM P. BARR, et al.,<br>　　　　　Respondents. | Case No. 19-cv-07221-VC<br><br>**ORDER FOR A RESPONSE TO PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 2 |

　　The government is ordered to respond to De Paz Sales's TRO motion by noon on Monday, November 4, 2019. De Paz Sales is ordered to serve this order on the respondents and to file proof of service by 5:00 p.m. today.

　　Also, by noon on Monday, November 4, 2019, the petitioner and respondents should each inform the Court, through a filing on the docket, whether they will consent to the jurisdiction of Magistrate Judge Westmore in light of the fact that she adjudicated the previous habeas petition and is therefore familiar with the dispute. If both parties consent, the case (and the TRO motion) will be promptly reassigned to Judge Westmore.

　　**IT IS SO ORDERED.**

Dated: November 1, 2019

_____
VINCE CHHABRIA
United States District Judge